56165. WEATHERS et al. v. THE STATE.

SMITH, Judge.

Appellants failed to make the showings required by Code § 81-1410, and the trial court did not abuse its discretion by denying their motion for continuance. *Davis v. State,* 135 Ga. App. 584 (4) (218 SE2d 297) (1975). The evidence authorized their convictions for theft by taking. Finding appellants' two enumerations of error meritless, we affirm the convictions.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED JUNE 29, 1978 — DECIDED JULY 13, 1978 —
REHEARING DENIED JULY 31, 1978 —

*Glyndon C. Pruitt,* for appellants.
*Bryant Huff, District Attorney, William P. Rowe, III,*

*Malcolm C. McArthur, Dawson Jackson, Assistant District Attorneys,* for appellee.